

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00339-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On May 30, 2018, this court denied relator's petition for writ of mandamus, in which relator complained of the trial court's refusal to rule on his pending motion to recuse the Honorable Victor Villarreal. On June 14, 2018, relator filed a motion for rehearing. The next day, this court received a copy of an Order Granting Motion to Recuse, which was signed by the Honorable Sid L. Harle, Presiding Judge, Fourth Administrative Judicial Region.

Because the relief originally requested by relator has now been granted, we DENY AS MOOT his motion for rehearing.

It is so **ORDERED** on June 21, 2018.

_____
Rebeca C. Martinez, Justice

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Victor Villarreal presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court